Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, New York 10019
Tel: (212) 223-0200
Fax: (212) 223-1942

Ana M. Blanco
Tel: (646) 346-8072
Fax: (212) 223-1942
blancoa@ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 7/2/2026

**MEMORANDUM ENDORSED**

July 2, 2026

*By Electronic Filing*

Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 2260
New York, New York 10007

Re: *Citibank, N.A. v. DeLorme,* 26-cv-04166-GHW

Dear Judge Woods,

This Firm represents Plaintiff Citibank, N.A. in the above-referenced case. Per an order entered on May 20, 2026, ECF No. 7, the Court has scheduled an initial pretrial conference for July 23, 2026 at 4:00 p.m. The May 20 order also sets a deadline of July 16, 2026 for the submission of a proposed scheduling order.

I respectfully request that the Court adjourn the initial conference. Counsel for Citibank has been in contact with Defendant Malcolm Carter DeLorme ("Mr. DeLorme"). Mr. DeLorme waived service of process, which means that his answer is due on August 3, 2026. The partis wish to confer regarding the proposed scheduling order after Mr. DeLorme has answered. The parties will also use the intervening time to discuss settlement. Accordingly, I respectfully request that the Court set a new date for the initial conference, at the Court's convenience, on or after August 22, 2026 (30 days following the current conference date).

I shared this letter with Defendant prior to submission. Mr. DeLorme agrees with its contents.

Thank you for your consideration.

Respectfully submitted,

*/s/ Ana M. Blanco*

Ana M. Blanco
Counsel for Plaintiff

cc: Malcolm Carter DeLorme, Esq. (by email)

Application granted. The parties' July 2, 2026 request to adjourn the initial pretrial conference, Dkt. No. 9, is granted. The initial pretrial conference scheduled for July 23, 2026 is adjourned to August 28, 2026 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's May 20, 2026 order are due no later than August 21, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated: July 2, 2026

GREGORY H. WOODS
United States District Judge