USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CITIBANK, N.A.,

Plaintiff,

-v-

MALCOLM CARTER DELORME,

Defendant.

---------------------------------------------------------------- X

1:26-cv-4166-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

An initial pretrial conference in this case was scheduled for August 28, 2026 at 1:00 p.m. Dkt. No. 10. The Court convened the conference as scheduled. Counsel for Plaintiff, the Court, its staff, and the court reporter were present and prepared to proceed. Mr. DeLorme did not appear. Because Mr. DeLorme failed to appear at the conference as ordered, the initial pretrial conference is adjourned *sine die*.

Mr. DeLorme waived service on June 2, 2026. Dkt. No. 8. Accordingly, Mr. DeLorme's response to the complaint was due August 3, 2026. The Court observes that as of the date of this order, Mr. DeLorme has not answered or otherwise responded to the complaint. On August 21, 2026, Plaintiff filed a letter stating that "Defendant requested a four-week extension of [the answer] deadline, to which Plaintiff does not object." Dkt. No. 13. The Court notes that the parties have not requested that the Court extend the deadline for Mr. DeLorme to answer or otherwise respond to the complaint, and it has not done so. An agreement by the parties to extend that deadline without Court order is not effective.

The Court expects that any application for default judgment will be made no later than September 14, 2026. The Court will not consider any submission that does not fully comply with

the Court's Individual Rules. Plaintiff is specifically directed to comply with the procedure set forth in Attachment A of the Court's Individual Rules. Plaintiff is directed to serve a copy of this order on Mr. DeLorme and to retain proof of service.

SO ORDERED.

Dated: August 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge