USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITIBANK, N.A., Plaintiff, | : | 1:26-cv-4166-GHW |
| -v- | : | <u>ORDER</u> |
| MALCOLM CARTER DELORME, Defendant. | : | |

GREGORY H. WOODS, United States District Judge:

On October 6, 2026, Defendant Malcolm Carter DeLorme filed a letter objection to Plaintiff Citibank, N.A.'s motion for default judgment. Dkt. No. 35 (the "Objection" or "Obj.").[1] The Objection states that Mr. DeLorme filed his answer to the complaint on August 31, 2026. *Id.* ¶ 2. However, as of the date of this order, Mr. DeLorme has not answered or otherwise responded to the complaint. Mr. DeLorme's answer or response to the complaint was due August 3, 2026. Dkt. Nos. 8, 15. Accordingly, Mr. DeLorme continues to be in default. *See* Fed. R. Civ. P. 55(a); *see also City of New York v. Micakalis Pawn Shop, LLC*, 645 F.3d 114, 129 (2d Cir. 2011) ("[T]he typical Rule 55 case is one in which a default has entered because a defendant failed to file a timely answer.") (internal quotations and alternations omitted).

The Court understands that Mr. DeLorme emailed a copy of his answer as a Word document to ProSe@nysd.uscourts.gov on August 31, 2026. However, the Electronic Case Filing Rules for the Southern District of New York (the "ECF Rules") provide that pro se documents submitted for filing by email must be in PDF format. *See* ECF Rules, Appendix C; *see also*

[1] The Court notes that the Objection is untimely. The Court's September 14, 2026 order required any objection to the order to show cause to be served on Plaintiff and filed on ECF no later than September 28, 2026. Dkt No. 30. Mr. DeLorme's explanation that he "failed to attach" the Objection to his email does not excuse his failure to meet the deadlines set by the Court. Dkt. No. 34.

https://wp.nysd.uscourts.gov/prose ("Please note that documents must be attached to the email in **PDF format, no larger than 15 megabytes**. Documents that do not conform to these requirements **will not be docketed**. Parties may call (212) 805-0175 to check on the status of their filling after 48 hours of submitting.") (emphasis in original). Accordingly, Mr. DeLorme's August 31, 2026 email submission was not filed on the docket of this action and has not been filed with the Court.

Mr. DeLorme has had ample notice that his answer was not timely or properly filed. On September 3, 2026, Plaintiff filed a proposed certificate of default, and an accompanying declaration stating "[t]o date, Defendant has not answered or otherwise responded to Plaintiff's Complaint." Dkt. No. 18. The proposed certificate of default and the accompanying declaration were served on Mr. DeLorme on September 4, 2026. Dkt. No. 19. On September 9, 2026, the Clerk of Court entered a certificate of default, certifying that "the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint here." Dkt. No. 20. And on September 15, 2026, Plaintiff's motion for default judgment and all supporting papers, Dkt. Nos. 21–27, 29–30, were served on Mr. DeLorme. Dkt. No. 31. Despite this notice that Mr. DeLorme's answer was not properly filed, the Court did not receive any communication from Mr. DeLorme until October 6, 2026.[2] And to the Court's knowledge, to date, Mr. DeLorme has not taken any action to confirm that his answer was properly received or to reattempt to file his answer properly.

For these reasons, the October 28, 2026 hearing described in the Court's September 14, 2026 order, Dkt. No. 30, will take place as scheduled. Mr. DeLorme's request for the hearing to be held by telephone or video is denied. The October 28, 2026 hearing will be held in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Plaintiff is

[2] Mr. DeLorme also states that he "filed a motion for leave to file his Answer out of time to which Plaintiff . . . has not yet opposed." Obj. ¶ 8. To date, the Court has received no such motion.

directed to serve a copy of this order on Mr. DeLorme, and to file proof of service on ECF no later than October 16, 2026.

SO ORDERED.

Dated: October 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge